**Order entered May 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00277-CV

### JOEL HOLINER, M.D., JOEL A. HOLINER, M.D., P.A. D/B/A HOLINER PSYCHIATRIC GROUP AND ARTHUR CHAVASON, M.D., Appellants

### V.

### LAURA VETTOR, Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-10520

### ORDER

Before the Court is appellee's April 30, 2021 motion to extend time to file a permissive interlocutory accelerated cross-appeal. We **DENY** the motion as premature. *See* TEX. R. APP. P. 28.3(c).

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE